DAVIS COSSETT, as late Sheriff, etc., Appellant, *v.* HENRY WINCHELL, Respondent.

(Argued March 7, 1887; decided March 22, 1887.)

*M. M. Waters* for appellant.

*Louis Marshall* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.